# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IDS PROPERTY & CASUALTY INSURANCE COMPANY, | Case No. 2:16-cv-01767-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 14) |
| YVONNE RODRIQUEZ, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to extend the time to serve Defendant Yvonne Rodriquez by 45 days. Docket No. 14. Where good cause is shown, the time for serving the complaint is extended for an appropriate period. *See* Fed. R. Civ. P. 4(m). The motion establishes sufficient cause to extend the time for effectuating service on Ms. Rodriquez by 45 days. Accordingly, the motion is **GRANTED**.

IT IS SO ORDERED.

DATED: October 25, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge