UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IDS PROPERTY & CASUALTY INSURANCE COMPANY, et al., | Case No. 2:16-cv-01767-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| YVONNE RODRIQUEZ, et al., | |
| Defendant(s). | |

Pending before the Court is the parties' proposed discovery plan, Docket No. 22, which is hereby **DENIED**. The discovery plan omits the certifications required by Local Rules 26-1(b)(7)-(8). Accordingly, the parties are **ORDERED** to file a discovery plan that complies with the local rules by December 21, 2016.

IT IS SO ORDERED.

DATED: December 15, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge