**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IDS PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) | Case No. 2:16-cv-01767-RFB-NJK |
| Plaintiff(s), | ) ) | ORDER |
| vs. | ) ) | |
| YVONNE RODRIQUEZ, et al., | ) ) | |
| Defendant(s). | ) ) | |

The parties filed a joint interim status report that fails to provide all of the information required. *See* Local Rule 26-3(e) (as amended, May 1, 2016).  The parties shall file an amended status report that complies with the local rule by March 21, 2017.

IT IS SO ORDERED.

DATED: March 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge